**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FRESHPOINT DENVER, INC., and RUBY ROBINSON COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY FRESH DISTRIBUTION, LLC, TRINITY FRESH MANAGEMENT, LLC, TRINITY FRESH PROCUREMENT, LLC and PAUL P. ABESS,<br><br>Defendants. | CASE NO.: 2:18-CV-03183 JAM-EFB<br><br>**CONSENT ORDER TO MODIFY ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before this Court is the Consent Order to Modify the Order Granting Plaintiffs' Motion for Temporary Restraining Order (the "Order") requested by Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Co., LLC, and Defendant Paul Abess, individually. The parties request that this Court modify the Order to release the bank accounts of non-party, Trinity Fresh Trucking, LLC, including the account held at Central Valley Community Bank.

## I.     BACKGROUND

(A)     On December 20, 2018, this Court entered the Order [ECF No. 19].

(B)     The parties state that the Order was served upon Central Valley Community Bank, a financial institution that maintains accounts for Defendants Trinity Fresh Distribution, LLC, Trinity Fresh Procurement, LLC, and/or Trinity Fresh Management, LLC.

(C)     Central Valley Community Bank has frozen the operating account of Trinity Fresh Trucking, LLC, a non-party to this action.

(D)     The parties agree that restraints placed on the accounts of Trinity Fresh Trucking, LLC should be released.

(E)     Plaintiffs reserve all claims and rights against Trinity Fresh Trucking, LLC, including the right to later assert that it is in possession of, or has possessed, assets subject to

the trust provisions of the Perishable Agricultural commodities Act of 1930, as amended, 7 U.S.C. §499e(c) ("PACA").

## II. CONCLUSION AND ORDER

For all of the reasons set forth above:

(1) The Order is modified to release the restraints place by the Order on the accounts of Trinity Fresh Trucking, LLC, **only** and, therefore, bankers, including Central Valley Community Bank, shall release the restraints imposed upon such accounts.

(2) Plaintiffs reserve all claims and rights against Trinity Fresh Trucking, LLC, including the right to later assert that it is in possession of, or has possessed, assets subject to the trust provisions of the PACA.

(3) This Order is binding upon the parties to the parties to this action, banking and financial institutions, including Central Valley Community Bank, and all other persons or entities receiving actual notice of this Order by personal service, including facsimile transmission, email, priority mail with delivery confirmation, or overnight delivery.

(4) The Order continues in full force and effect, except upon further Order of this Court.

(5) All other provisions of the Order remain in effect.

IT IS SO ORDERED.

Dated: December 27, 2018

                                                     /s/ John A. Mendez_____
John A. Mendez,
United States District Judge

CONSENTED BY THE PARTIES:

DATED: December 26, 2018

                                          GEORGESON AND BELARDINELLI

                                          /s/ C. Russell Georgeson
                                          C. Russel Georgeson, Esq.

                                          McCARRON & DIESS

                                          /s/ Kate Ellis
                                          Kate Ellis, Esq.
                                          Pro Hac Vice

                                          *Attorneys for Plaintiffs FreshPoint Denver, Inc. and Ruby Robinson Company, LLC*

DATED: December 26, 2018        **DAHL LAW**

                                          By: /s/ Walter R. Dahl
                                          Walter R. Dahl

                                          *Attorneys for Defendant, Paul Abess, individually.*